FILED
IN OPEN COURT

FEB 13 2009

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>MICHAEL MITRY HADEED, JR., )<br>)<br>Defendant. ) | Criminal No. 1:08cr461 (LMB) |

## SPECIAL VERDICT FORM

**COUNT 1: Conspiracy**

<u>Instructions:</u> Answer "YES" or "NO" as to whether the Jury unanimously finds that the Government has proved each one of the following elements beyond a reasonable doubt:

A.  Was there a conspiracy, agreement, or understanding, as described in Count One of the Indictment, formed, reached, or entered into between two or more persons?

   YES  _X_

   NO  ___

B.  If you answered YES above, at some time during the existence of the life of the conspiracy, agreement, or understanding, did the Defendant, Michael Hadeed, know the purposes of the agreement?

   YES  _X_

   NO  ___

-2-

C.   If you answered YES to each of Questions A and B above, did the Defendant, Michael Hadeed, with knowledge of the purpose or purposes of the conspiracy, agreement or understanding, deliberately agree to join the conspiracy, agreement, or understanding?

   YES  X

   NO  ____

D.   If you answered YES to each of Questions A, B and C above, did, at some time during the existence of the life of the conspiracy, agreement or understanding, one of its alleged members knowingly perform, on or after November 18, 2003, one of the overt acts charged in the Indictment, and, if so, did such person perform the overt act to further or advance the purpose of the agreement?

   YES  X

   NO  ____

If you answered NO to any of the questions above, check the box NOT GUILTY below. If you answered YES to all of the questions A, B, C and D above, check the box GUILTY below:

THE JURY FINDS THE DEFENDANT, MICHAEL HADEED:

   <u>NOT GUILTY</u> ON COUNT ONE: ____
   <u>GUILTY</u> ON COUNT ONE: X

-3-

**COUNT 2: Making a False Statement**

**Instructions:** Answer "YES" or "NO" as to whether the Jury unanimously finds that the Government has proved each one of the following elements beyond a reasonable doubt:

A. Did the Defendant, Michael Hadeed, "knowingly" make or cause to be made a false, fictitious, or fraudulent statement or representation to the United States Department of State as charged in Count 2 of the Indictment?

  YES   X

  NO   ____

B. If you answered YES to Question A above, in so doing, did the Defendant, Michael Hadeed, act "willfully"?

  YES   X

  NO   ____

C. If you answered YES to each of Questions A and B above, was the false, fictitious, or fraudulent statement or representation "material"?

  YES   X

  NO   ____

D. If you answered YES to each of Questions A, B, and C above, was the statement or representation made in a matter within the jurisdiction of a department or agency of the United States Government?

  YES   X

  NO   ____

If you answered NO to any of the questions above, check the box NOT GUILTY below. If you answered YES to all of the questions A, B, C and D above, check the box GUILTY below:

THE JURY FINDS THE DEFENDANT, MICHAEL HADEED:

  NOT GUILTY ON COUNT TWO: ____

  GUILTY ON COUNT TWO:  X

-4-

## FINAL VERDICT

The Jury unanimously finds the Defendant, Michael Hadeed:

*overt acts # 58, 61, 63*

**COUNT ONE (CONSPIRACY):**   ___ NOT GUILTY

　　　　　　　　　　　　　　　　 _X_ GUILTY

**COUNT TWO (FALSE STATEMENT):**   ___ NOT GUILTY  *overt act # 2*

　　　　　　　　　　　　　　　　　　　 _X_ GUILTY

_____

**FOREPERSON (Signature)**

_____

**FOREPERSON (Printed Name)**

Date: February 13, 2009